Musial v Donohue (2024 NY Slip Op 01415)

Musial v Donohue

2024 NY Slip Op 01415

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

123 CA 23-01179

[*1]EUGENE MUSIAL AND LORRAINE MUSIAL, PLAINTIFFS-APPELLANTS,
v
DAVID C. DONOHUE, ESQ., BARRY J. DONOHUE, ESQ., JOHN F. DONOHUE, ESQ., DONOHUE LAW OFFICES, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

KEVIN T. STOCKER, TONAWANDA, FOR PLAINTIFFS-APPELLANTS. 
GOLDBERG SEGALLA LLP, BUFFALO (MEGHAN M. BROWN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered June 6, 2023. The order denied the motion of plaintiffs seeking, inter alia, to strike the note of issue. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Musial v Donohue ([appeal No. 1]) — AD3d — [Mar. 15, 2024] [4th Dept 2024]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court